# **<u>EXHIBIT A</u>**

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Transfer Type | Transfer Amount |
|---|---|---|---|---|
| Akorn Operating Company, LLC | Complete Cleaning Company Inc | 11/30/2022 | Wire | $ 3,210.00 |
| Akorn Operating Company, LLC | Complete Cleaning Company Inc | 12/9/2022 | Wire | $ 10,009.00 |
| Akorn Operating Company, LLC | Complete Cleaning Company Inc | 1/13/2023 | Wire | $ 10,289.00 |
| Akorn Operating Company, LLC | Complete Cleaning Company Inc | 2/14/2023 | Wire | $ 10,569.00 |
| | | | | $ 34,077.00 |